UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-cv-474-MOC
(3:17-cr-180-MOC-DSC-1)

| | | |
|---|---|---|
| ERNEST KEITH, JR., | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**THIS MATTER** is before the Court on Petitioner's *pro se* Motion to Vacate, Set Aside or Correct Sentence under 28 U.S.C. § 2255, that was docketed on August 28, 2018, (Doc. No. 1). The Judgment in the underlying criminal case has not yet been entered. As such, the § 2255 Motion to Vacate is premature. The Court will, therefore, dismiss the Motion to Vacate without prejudice for Petitioner to refile it after the Judgment becomes final.

**IT IS, THEREFORE, ORDERED** that Petitioner's Motion to Vacate, Set Aside or Correct Sentence under 28 U.S.C. § 2255, (Doc. No. 1), is **DISMISSED** without prejudice as premature.

Signed: August 31, 2018

Max O. Cogburn Jr.
United States District Judge