# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| **Ernest Keith Jr.,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 3:18-cv-00474-MOC |
| | ) | 3:17-cr-00180-MOC-DSC |
| vs. | ) | |
| | ) | |
| **USA,** | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 31, 2018 Order.

August 31, 2018

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court